UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HANNA L. HORENSTEIN,

                    Plaintiff,

          v.

PORSCHE CARS NORTH
AMERICA, INC., et al.,

                    Defendants.

Case No. 2:25-cv-03044-SSC

JUDGMENT

     Pursuant to the Order filed concurrently herewith, **IT IS ORDERED** that:

     1.    Judgment is entered dismissing the action with prejudice.

     2.    The Clerk of Court shall close this case.

DATED: 10 February 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE